No. 04–10581. POLK v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10582. REVELS v. WIMP ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10583. BOYD v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–10584. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10585. AMISON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10586. ACKER v. CATTELL ET AL. Ct. App. Ariz. Certiorari denied.

No. 04–10587. KANALLY v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10588. MARSHALL v. TAYLOR, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10589. LEE v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10590. RONEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–10591. STEWART v. CATHEL, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10592. DORSETT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–10593. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10594. THOMAS v. EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10595. MILLS v. BRICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–10597. ROMER ET AL. v. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.